# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0125. LECORP v. CHEROKEE COURT MAGISTRATE COURT et al.**

LECORP filed this discretionary application seeking review of the superior court's October 4, 2013 order dismissing its petition for certiorari in this magistrate court appeal. However, the application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed on November 5, 2013,[1] 32 days after entry of the order being appealed, it is untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.

---

[1] LECORP requested an extension of time to file its appeal in the trial court, but the trial court properly denied the request, noting that although extensions of time may be granted for discretionary applications pursuant to OCGA § 5-6-39 (a) (5), lower courts do not have the authority to grant an extension of time to file an application. See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011). LECORP did not ask this Court for an extension of time.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/20/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*